### Jackson, ex. dem. Fisher, v. Ferguson.

ON a motion for judgment, as in case of nonsuit, after due service, and when the attorney was in court, the counsel for the plaintiff asked till the next non-enumerated day, to prepare an affidavit in oppo- sition.

*Per Curiam.* To entitle to such a favour, some reason should be offered, evincing why the affidavit could not be prepared ; because the period of service ordered by the rules of the court, is, otherwise, pre- sumed sufficient to enable the party to be ready. The effect of the motion cannot, therefore, be delayed.